No. 1184. DOMANY ET AL. *v.* OTIS ELEVATOR CO. ET AL. C. A. 6th Cir. Certiorari denied. *Edward I. Stillman* for petitioners. *Sumner Canary* for Otis Elevator Co., and *Russell E. Leasure* for Sears, Roebuck & Co., respondents. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 1230. SCHAFITZ *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *Carl L. Shipley* for petitioner. *Solicitor General Marshall* and *Henry Geller* for respondent.

No. 1277. FERMIN *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1241. DUTTON, WARDEN *v.* MOSLEY. C. A. 5th Cir. Certiorari denied. *Arthur K. Bolton,* Attorney General of Georgia, and *G. Ernest Tidwell,* Executive Assistant Attorney General, for petitioner. ▮▮▮▮▮▮▮

No. 1251. NATIONAL LABOR RELATIONS BOARD *v.* GARWIN CORP. ET AL.;

No. 1257. GARWIN CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 1327. LOCAL 57, INTERNATIONAL LADIES' GARMENT WORKERS' UNION, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Lawrence M. Joseph* for petitioner in No. 1251 and for respondent in Nos. 1257 and 1327. *Guy Farmer* and *Joseph A. Perkins* for petitioners in No. 1257 and for respondents in No. 1251. *Morris P. Glushien* and *Max Zimny* for petitioner in No. 1327. Reported below: 126 U. S. App. D. C. 81, 374 F. 2d 295.